Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone:   213.629.7400
Facsimile:    213.629.7401
Email:        aram.ordubegian@arentfox.com
              andy.kong@arentfox.com

Attorneys for Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br>**VOIP GUARDIAN PARTNERS I, LLC,**<br>            Debtor. | Case No. 2:19-bk-12607-BR<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S MOTION FOR ORDER COMPELLING FIRST REPUBLIC BANK TO TURNOVER PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 105(a), 541(a) AND 542; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF**<br><br>Hearing:<br>Date:  November 19, 2019<br>Time:  2:00 p.m.<br>Place:  Courtroom 1668<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

# MEMORANDUM OF POINTS AND AUTHORITIES

Timothy J. Yoo, the chapter 7 trustee (the "Trustee") in the above-referenced chapter 7 bankruptcy case, by and through his undersigned counsel, hereby moves the Court for an order compelling First Republic Bank, to turn over all documents including copies of cancelled checks and bank statements related to the Accounts (defined below) pursuant to 11 U.S.C. §§ 105(a), 541(a), and 542 and respectfully represents as follows[1]:

## STATEMENT OF RELEVANT FACTS

1. The above-captioned debtor (the "Debtor") was in the business of financing telecommunication receivables, whereby the Debtor purchased from tier 3 telecommunication providers their accounts receivables (i.e. outstanding invoices) from tier 1 providers. The Debtor entered into financing (aka factoring) arrangements with as many as eight (8) tier 3 telecommunications providers, which were often located overseas in Europe.

2. On March 11, 2019, the Debtor filed a petition for chapter 7 relief. Timothy J. Yoo was appointed the chapter 7 trustee.

3. In the Debtor's Schedule A, the Debtor lists interests in 5 accounts at First Republic Bank as follows:
   - Checking – Collection, Acct. No. Ending in 6458;
   - Checking – Operating, Acct. No. Ending in 9399;
   - Checking – FX Collateral, Acct. No. Ending in 6466;
   - Foreign Exchange (EUR) – Collection, Acct. No. Ending in 1635; and
   - Foreign Exchange (EUR) – Operating, Acct. No. Ending in 1808 (collectively, the "Accounts")

4. On or about August 19, 2019, the Trustee sent a letter to First

---

[1] The Trustee will commence an adversary proceeding if the Court requires an adversary proceeding for the relief requested in this Motion. While Rule 7001(1) of the Federal Rules of Bankruptcy Procedure ostensibly provides that a proceeding to recover property, other than one to compel the debtor to deliver property to the trustee, is an adversary proceeding, the Rule is not strictly applied. See, e.g., In re Starky, 522 B.R. 220, 229-230 (B.A.P. 9th Cir. 2014) ("we agree with the bankruptcy court's conclusion, consistent with Rule 7001(1), that an adversary proceeding was not required . . . the bankruptcy court's determination to proceed to decide the Turnover Motion and the Motion to Vacate as contested matters did not prejudice the Debtors and was no more than harmless error.") (citing Korneff v. Downey Reg'l Med. Ctr.-Hosp., Inc. (In re Downey Reg'l Med. Ctr.-Hosp., Inc.), 441 B.R. 120, 127-28 (B.A.P. 9th Cir. 2010) and In re Cogliano, 355 B.R. 792, 806 (B.A.P. 9th Cir. 2006)).

Republic Bank demanding the turnover of all funds in the Accounts as well as an accounting.

5. On or about September 17 and 20, 2019, First Republic Bank turned over all funds in the Accounts to the Trustee and provided 12 months of bank statements associated with the Accounts. First Republic Bank has requested a court order to turnover any additional information or documents.

6. Accordingly, by way of this Motion, as part of the Trustee's duty to investigate the financial affairs of the Debtor, the Trustee additionally requests all documents related to the Accounts in First Republic Bank's possession, custody, or control including, without limitation, all bank statements and cancelled checks from the Accounts' inception through the date of entry of the order granting this Motion as well as copies of any applications or related paperwork that was prepared by the Debtor and/or First Republic Bank for the Accounts.

## JURISDICTION

7. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 151, 157(b), and 1334(a). This matter is a core proceeding as defined by 28 U.S.C. § 157(b)(2) and the statutory predicates for the relief requested herein are 11 U.S.C. §§ 105(a), 541, and 542.

## DISCUSSION

8. Property of a bankruptcy estate is intentionally broad and includes "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. § 541(a)(1); see In re Contractors Equip. Supply Co., 861 F.2d 241, 245 (9th Cir. 1988) (holding that where assignment of accounts receivable involved only a security interest and did not transfer title, estate retained interest in the accounts).

9. Indeed, this bankruptcy estate's interest in the Accounts are not disputed by First Republic Bank who has already turned over all funds in the Accounts to the Trustee. By way of this Motion, the Trustee is merely seeking, the turnover of documents associated with the Accounts. Section 542(e) provides: "[s]ubject to any applicable

privilege . . . the court may order an attorney, accountant, or other person that holds recorded information including books, documents, records, and papers, relating to the debtor's property or financial affairs, to turn over or disclose such recorded information to the trustee." See 11 U.S.C. § 542(e).[2]

10. First Republic Bank has in its' possession, custody, or control, bank statements, cancelled checks, and other documents prepared by the Bank and/or Debtor related to the Accounts. Accordingly, the Trustee seeks a court order requiring First Republic Bank to deliver all bank statements and copies of cancelled checks from the Accounts' inception through the date of entry of the order granting this Motion as well as copies of any applications or related paperwork that was prepared by the Debtor and/or First Republic Bank for the Accounts.

## CONCLUSION

**WHEREFORE**, based on the foregoing, the Trustee respectfully asks that the Court enter an order: (1) finding that the Accounts and securities and/or other property contained in the Accounts constitute property of the Debtor's bankruptcy estate under 11 U.S.C. § 541; (2) directing First Republic Bank to deliver all bank statements and copies of cancelled checks from the Accounts' inception through the date of entry of the order granting this Motion as well as copies of any applications or related paperwork that was prepared by the Debtor and/or First Republic Bank for the Accounts under 11 U.S.C. §§ 105(a) and/or 542; and (3) for such other and further relief as the Court deems just and proper.

Dated: October 17, 2019                          Respectfully submitted,

                                                 By: */s/ Andy S. Kong*
                                                     Andy S. Kong
                                                     **ARENT FOX LLP**
                                                     Attorneys for Chapter 7 Trustee

---

[2] The Court also has the authority to grant the relief requested herein under 11 U.S.C. § 105(a) which provides in pertinent part that the "court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

- 4 -

AFDOCS/21158916.1

## DECLARATION OF TIMOTHY J. YOO

I, Timothy J. Yoo, declare that:

1. I am the duly appointed and acting Chapter 7 Trustee (the "Trustee") for the above-captioned chapter 7 bankruptcy estate of VoIP Guardian Partners I, LLC and am over 18 years of age. I have personal knowledge of the facts described herein and if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of the annexed Motion. All capitalized terms used herein shall have the meaning ascribed to them in the Motion unless otherwise defined herein.

3. In the Debtor's Schedule "A", the Debtor lists interests in 5 accounts at First Republic Bank as follows:
   - Checking – Collection, Acct. No. Ending in 6458;
   - Checking – Operating, Acct. No. Ending in 9399;
   - Checking – FX Collateral, Acct. No. Ending in 6466;
   - Foreign Exchange (EUR) – Collection, Acct. No. Ending in 1635; and
   - Foreign Exchange (EUR) – Operating, Acct. No. Ending in 1808

4. On or about August 19, 2019, my counsel sent a letter to First Republic Bank demanding the turnover of all funds in the Accounts as well as an accounting.

5. On or about September 17 and 20, 2019, First Republic Bank turned over all funds in the Accounts to me and provided 12 months of bank statements associated with the Accounts. I am informed that First Republic Bank has requested a court order to turnover any additional information or documents.

6. I am informed and believe and on that basis allege that First Republic Bank has in its' possession, custody, or control, bank statements, cancelled checks, and other documents prepared by the Bank and/or Debtor related to the Accounts. Accordingly, as part of my duty to investigate the financial affairs of the Debtor, I am seeking a court order requiring First Republic Bank to deliver all bank statements and copies of cancelled checks from the Accounts' inception through the date of entry of the order granting the

Arent Fox LLP
Attorneys At Law
Los Angeles

- 5 -

AFDOCS/21158916.1

Motion as well as copies of any applications or related paperwork that was prepared by the Debtor and/or First Republic Bank for the Accounts.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of October 2019, at Los Angeles, California.

                                                   TIMOTHY J. YOO, CHAPTER 7 TRUSTEE

AFDOCS/21158916.1

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Arent Fox LLP, Gas Company Tower, 555 West Fifth Street, 48th Floor, Los Angeles, CA 90013.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S MOTION FOR ORDER COMPELLING FIRST REPUBLIC BANK TO TURNOVER PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 105(a), 541(a) AND 542; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF TIMOTHY J. YOO IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/17/2019,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/17/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**

Honorable Barry Russell
United States Bankruptcy Court
255 E. Temple Street, Suite 1660
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/17/2019 | YVONNE LI | /s/ Yvonne Li |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

AFDOCS/21173619.1

**1**. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

Andy Kong on behalf of Trustee Timothy Yoo (TR)
Kong.Andy@ArentFox.com

Douglas M Neistat on behalf of Interested Party Douglas Neistat
dneistat@gblawllp.com, mramos@gblawllp.com

Aram Ordubegian on behalf of Trustee Timothy Yoo (TR)
ordubegian.aram@arentfox.com

Hamid R Rafatjoo on behalf of Debtor VoIP Guardian Partners I, LLC
hrafatjoo@raineslaw.com, bclark@raineslaw.com;cwilliams@raineslaw.com

Annie Y Stoops on behalf of Trustee Timothy Yoo (TR)
annie.stoops@arentfox.com, yvonne.li@arentfox.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Timothy Yoo (TR)
tjytrustee@lnbyb.com, tjy@trustesolutions.net

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*June 2012*

**F 9013-3.1.PROOF.SERVICE**

AFDOCS/21173619.1