Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Email:    aram.ordubegian@arentfox.com
andy.kong@arentfox.com
annie.stoops@arentfox.com

Attorneys for Chapter 7 Trustee

**FILED & ENTERED**

**OCT 21 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-12607-BR |
| **VOIP GUARDIAN PARTNERS I, LLC,** | Chapter 7 |
| Debtor. | **ORDER GRANTING MOTION TO APPROVE SECOND STIPULATION BETWEEN CHAPTER 7 TRUSTEE AND RECEIVER FOR THE ESTATE OF DIRECT LENDING INCOME FUND LP**  *[No Hearing Required Under LBR 9013-1(o)]* |

The Court has reviewed and considered the *Motion to Approve Second Stipulation Between Chapter 7 Trustee and Receiver for the Estate of Direct Lending Income Fund LP* [Dkt. No. 114] (the "Motion") filed in the above-captioned case.  All capitalized terms used herein shall have the meaning ascribed to them in the Motion unless otherwise defined.

After considering the Motion; the notice of the Motion; the Declaration of Timothy Yoo in support of the Motion; and the record in this case, the Court finds that: (1) notice of the Motion was adequate and appropriate under the particular circumstances and no other notice need be given; (2) no hearing on the Motion is required pursuant to the Local Bankruptcy Rules; (3) the Court has jurisdiction over this matter (and that all parties with any interest in the relief requested in the Motion, by failing to object, have consented thereto); and (4) the legal and factual bases set

forth in the Motion establish that the relief requested in the Motion is in the best interest of the above-captioned bankruptcy estate, and for good and sufficient cause appearing therefor,

**IT IS ORDERED THAT:**

1. The Motion is GRANTED in its entirety.
2. The Stipulation attached as **Exhibit A** to the Motion is approved.
3. The Trustee is authorized to execute any and all documents necessary to effectuate the Stipulation.

###

Date: October 21, 2020

_____
Barry Russell
United States Bankruptcy Judge