Aram Ordubegian (SBN 185142)
Andy S. Kong (SBN 243933)
Annie Y. Stoops (SBN 286325)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:    213.629.7400
Facsimile:    213.629.7401
Email:        aram.ordubegian@arentfox.com
              andy.kong@arentfox.com
              annie.stoops@arentfox.com

General Bankruptcy Counsel for
Timothy Yoo, Chapter 7 Trustee

**FILED & ENTERED**

**JAN 10 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No. 2:19-bk-12607-BR |
| **VOIP GUARDIAN PARTNERS I, LLC,** | Chapter 7 |
| Debtor. | **ORDER GRANTING THE INTERIM APPLICATION OF THE CHAPTER 7 TRUSTEE FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR NAUTADUTILH N.V., SPECIAL NETHERLANDS COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR THE PERIOD FROM MARCH 13, 2020 TO OCTOBER 31, 2021** |
| | **Hearing:** |
| | **Date:** January 4, 2022
**Time:** 2:00 p.m.
**Place:** Courtroom 1645
           255 E. Temple Street
           Los Angeles, CA 90012 |

**IN THIS DISTRICT, AT LOS ANGELES, CALIFORNIA, ON THE DATE INDICATED BELOW:**

The Court has reviewed and considered the *Interim Application of the Chapter 7 Trustee for Allowance of Compensation and Reimbursement of Expenses for NautaDutilh N.V., Special Netherlands Counsel to the Chapter 7 Trustee, for the Period from March 13, 2020 to October*

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

*31, 2021* [Dkt. No. 166] (the "Application")[1] for compensation and reimbursement of expenses for services rendered by NautaDutilh N.V. ("NautaDutilh" or "Firm") as Special Netherlands Counsel for the Chapter 7 Trustee for the period from March 13, 2020 to October 31, 2021 the ("Fee Period").  The Court has also reviewed and considered the notice of the Application [Dkt. No. 168]; the declarations filed in support of the Application; and the entire record in this case.

Based upon such review and consideration, and with no person or entity having filed an opposition to the Application, and finding that notice of the Application was adequate and appropriate under the particular circumstances, and no other notice need be given; the Court granted the Application and waived appearances at the above-captioned hearing as reflected in the Court's tentative ruling (the "Tentative Ruling"), and those findings and conclusions are incorporated into this Order.  Having determined and found that the record establishes good, sufficient, and just cause for granting the Application,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted in its entirety.  The following fees and expenses are allowed on an interim basis for the period from March 13, 2020 through and including October 31, 2021:

| Fees Allowed | Expenses Allowed | Total Allowed | Total Authorized to be Paid |
|---|---|---|---|
| $149,132.07 | $12,611.20 | $161,743.27 | $161,743.27 |

2. The Trustee is authorized to disburse the sum of $161,743.27 as interim compensation to the Firm.

# # #

Date: January 10, 2022

_____
Barry Russell
United States Bankruptcy Judge

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

---

[1] Any capitalized term not defined herein has the meaning ascribed to it in the Application.

- 2 -