ANDREW J. WAXLER (SBN 113682)
JENNIFER E. NEWCOMB (SBN 287314)
**KAUFMAN DOLOWICH & VOLUCK LLP**
21515 Hawthorne Blvd., Suite 450
Torrance, California 90503
Telephone: (310) 540-2000
Facsimile: (310) 540-6609
Email: awaxler@kdvlaw.com
Email: jnewcomb@kdvlaw.com

Attorneys for Defendants
CYNTHIA COHEN and
BROWN WHITE & OSBORN LLP

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VOIP GUARDIAN PARTNERS I, LLC, a Delaware limited liability company,<br><br>　　　　Debtor.<br><br>―――――――――――――――<br><br>RODNEY OMANOFF, an individual; VOIP GUARDIAN, LLC, a Delaware limited liability company; VOIP GUARDIAN PARTNERS II, LLC, a Delaware limited liability company,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>CYNTHIA COHEN, an individual; BROWN, WHITE & OSBORN, a California LLP; and DOES 1 through 100,<br><br>　　　　Defendants. | Case No. 2:19-bk-12607-BR<br>Chapter 7<br>[Assigned to Judge Barry Russell]<br><br>Superior Court Case No. 23STCV03606<br><br>Adversary No. _____<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION** |

1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1452(a) and General Order No. 13-05 of the United States District Court for the Central District of California, Defendants Cynthia Cohen and Brown White & Osborn LLP (collectively "Defendants") hereby remove this action from the Superior Court of the State of California for the County of Los Angeles to the United States Bankruptcy Court for the Central District of California. Removal is proper for the following reasons:

1. This civil action was initiated by Plaintiffs Rodney Omanoff, VoIP Guardian, LLC, and VoIP Guardian Partners II, LLC on or about February 17, 2023, in the Superior Court of California for the County of Los Angeles, thereby commencing Case No. 23STCV03606 (the "State Court Action").

2. Defendants were served with the complaint in the State Court Action on March 6, 2023. No response has yet been filed by Defendants.

3. This Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1334(b), in that the State Court Action is a civil proceeding "arising under or arising in or related to a case under title 11." Specifically, the State Court Action arises out of/is related to Case No. 2:19-bk-12607-BR (the "Bankruptcy Case") and more specifically the two adversary proceedings pending therein which are Case Nos. 2:21-ap-01044-BR (the "VoIP Adversary Proceeding"), and 2:21-ap-01046-BR (the "Wavecrest Adversary Proceeding") (collectively the "Underlying Adversary Proceedings").

4. Venue in this Court is proper pursuant to 28 U.S.C. § 1409(a) in that the Bankruptcy Case and Underlying Adversary Proceedings are pending in this Court.

5. This Notice of Removal has been timely filed pursuant to the Federal Rules of Bankruptcy Procedure ("FRBP"), Rule 9027(a)(3)(A), in that it has been

filed before the expiration of 30 days from service of the complaint in the State Court Action.

6.  There is no other party to the State Court Action who or which is required to join in this Notice of Removal.

7.  Defendants consent to entry of final order and judgment in the Bankruptcy Court pursuant to a jury trial in the Bankruptcy Court.

8.  In compliance with Local Bankruptcy Rule 9027-1(b), a notice of status conference is being filed concurrently herewith.

9.  In compliance with Local Bankruptcy Rule 9027-1(d), copies of the court docket and all process and pleadings in the State Court Action obtained by Defendants as of the date of this Notice have been filed in the accompanying Appendix to Notice of Removal filed concurrently with this Notice.

10. In compliance with 28 U.S.C. § 1446(d) and FRBP Rule 9027(b), notice of the filing of this Notice of Removal will be served promptly on all other parties to the State Court Action.

11. In compliance with 28 U.S.C. § 1446(d) and FRBP Rule 9027(c), notice of the filing of this Notice of Removal will be filed promptly with the Superior Court for the State of California for the County of Los Angeles.

Dated: April 5, 2023　　　　　　　　　　　KAUFMAN DOLOWICH & VOLUCK LLP

By: _____
ANDREW J. WAXLER
JENNIFER E. NEWCOMB
Attorneys for Defendants
CYNTHIA COHEN and
BROWN WHITE & OSBORN LLP

B1040 (FORM 1040) (12/15)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS** Rodney Omanoff; VoIP Guardian, LLC; VoIP Guardian Partners II, LLC | **DEFENDANTS** Cynthia Cohen; Brown White & Osborn LLP |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>John Hochhausler; Manning\|Kass<br>801 S. Figueroa, 15th Floor, Los Angeles, CA 90017<br>(213) 486-2289 | **ATTORNEYS** (If Known) Andrew J. Waxler, Jennifer E. Newcomb<br>Kaufman Dolowich & Voluck LLP<br>21515 Hawthorne Blvd. Ste 450, Torrance, CA 90503<br>(310) 540-2000 |
| **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)<br>Notice of Removal (28 U.S.C. §§ 1334, 1409, 1446, 1452) | |

**NATURE OF SUIT**

(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

| **FRBP 7001(1) – Recovery of Money/Property**<br>☐ 11-Recovery of money/property - §542 turnover of property<br>☐ 12-Recovery of money/property - §547 preference<br>☐ 13-Recovery of money/property - §548 fraudulent transfer<br>☐ 14-Recovery of money/property - other<br><br>**FRBP 7001(2) – Validity, Priority or Extent of Lien**<br>☐ 21-Validity, priority or extent of lien or other interest in property<br><br>**FRBP 7001(3) – Approval of Sale of Property**<br>☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)<br><br>**FRBP 7001(4) – Objection/Revocation of Discharge**<br>☐ 41-Objection / revocation of discharge - §727(c),(d),(e)<br><br>**FRBP 7001(5) – Revocation of Confirmation**<br>☐ 51-Revocation of confirmation<br><br>**FRBP 7001(6) – Dischargeability**<br>☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims<br>☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud<br>☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny<br>**(continued next column)** | **FRBP 7001(6) – Dischargeability (continued)**<br>☐ 61-Dischargeability - §523(a)(5), domestic support<br>☐ 68-Dischargeability - §523(a)(6), willful and malicious injury<br>☐ 63-Dischargeability - §523(a)(8), student loan<br>☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)<br>☐ 65-Dischargeability - other<br><br>**FRBP 7001(7) – Injunctive Relief**<br>☐ 71-Injunctive relief – imposition of stay<br>☐ 72-Injunctive relief – other<br><br>**FRBP 7001(8) Subordination of Claim or Interest**<br>☐ 81-Subordination of claim or interest<br><br>**FRBP 7001(9) Declaratory Judgment**<br>☐ 91-Declaratory judgment<br><br>**FRBP 7001(10) Determination of Removed Action**<br>☒ 01-Determination of removed claim or cause<br><br>**Other**<br>☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*<br>☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |
| ☒ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
| ☐ Check if a jury trial is demanded in complaint | Demand $1 million |
| Other Relief Sought<br>  Costs and attorney's fees. | |

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES ||||
|---|---|---|---|
| NAME OF DEBTOR<br>In re VoIP Guardian Partners I, LLC || BANKRUPTCY CASE NO.<br>2:19-bk-12607-BR ||
| DISTRICT IN WHICH CASE IS PENDING<br>Cemtral District of California || DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Judge Russell |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** ||||
| PLAINTIFF<br>Timothy Yoo, Trustee<br>Timothy Yoo, Trustee | DEFENDANT<br>VoIP Guardian LLC, et al.<br>Wavecrest (UK) Ltd. et al. || ADVERSARY PROCEEDING NO.<br>2:21-ap-01044-BR; 2:21-ap-01046-BR |
| DISTRICT IN WHICH ADVERSARY IS PENDING<br>Central District of California || DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Judge Russell |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*[signature]* ||||
| DATE   April 5, 2023 ||| PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Jennifer E. Newcomb |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 1040, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 1040 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.